IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO AYALA CHAVOLLA and YVETTE GALLEGOS,<br><br>　　　　　　　Defendants. | CASE NO. 5:21-mj-00011-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING CASE AS TO DEFENDANTS AND TO MAINTAIN ECF NOS. 1 THROUGH 14 UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case is unsealed as to defendants, and that documents filed under seal at ECF Nos. 1 through 14 remain sealed until further Order of the Court.

Dated: April 9, 2021

*(signature)*
The Honorable Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS